UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:19-CR-220 |
| v. | ) | |
| | ) | |
| BRYAN CORNELIUS, | ) | JUDGE VARLAN/POPLIN |
| and GAGE WHITTENBERG | ) | |

## MOTION FOR EXTENSION OF TIME

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this Motion for Extension of Time to Provide Discovery, and states the following:

The United States was due to provide discovery on December 27, 2019. However, due to the holiday season, the United States has not had adequate time to prepare the discovery. Accordingly, the United States asks for a 7-day extension through January 3, 2020, within which to provide discovery to the the defendants.

Respectfully submitted this 31st day of December, 2019.

                                       J. DOUGLAS OVERBEY
                                       UNITED STATES ATTORNEY

                                       By:    *s/ Cynthia F. Davidson*
                                       Cynthia F. Davidson (#016099)
                                       Assistant United States Attorney
                                       800 Market Street, Suite 211
                                       Knoxville, Tennessee 37902
                                       *cynthia.davidson@usdoj.gov*