# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:15-cr-27　　　　　　　　　　　　　　　　　　**Date:** April 9, 2020

United States of America　**vs.**　Bryan Cornelius, et al.,

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Rachel Stone | DCR | Michelle Gensheimer |

| **Asst. U.S. Atty(s):** | **Probation Officer(s):** | **Atty(s) for Defendant(s):** |
|---|---|---|
| Cynthia Davidson | Deno Cole (Sheadrick)<br>S. McGrath (Thompson)<br>M. McGovern (Williams)<br>Joe Fanduzz (Wright)<br>M. Cabage (Woody) | Molly Kincaid (Cornelius)<br>Forrest Wallace (Whittenberg)<br>Donny Young (Anderson)<br>Jamie Hughes (Badgett)<br>Francis Lloyd (Bassett)<br>Scott Saidak (Brown)<br>John Barnes (Chatman)<br>Jonathan Wood (Freeman)<br>Wes Stone (Fugate)<br>Rachel Wolf (Johnson) |

**Others Present:**

Robert Kurtz (Littlejohn)　Jeremy Karpel (Michnowicz)
Chris Rodgers (Locke)　Ruth Ellis (Moulden)
Scott Lanzon (Mobley)　Tommy Hindman (Payne)

**Proceedings:**

The Court heard from all counsel regarding the pending motions to continue. No counsel had an objection to a continuance in this matter. The Court continued this matter as noted below:

**Dates set at this hearing:**
- [✓] **Jury Trial:** November 3, 2020 at 9:00 a.m.
- [✓] **Pretrial Conf.:** October 20, 2020 at 10:00 a.m.
- [ ] **Detention Hrng.:**
- [✓] **Motion Hrng:** July 17, 2020 at 1:30 p.m.
- [ ] **Status Conf:**

**Deadlines set at this hearing:**
- [ ] **Discovery DDL:**
- [✓] **Motion Cut-Off:** June 12
- [✓] **Response to Mtns:** June 26
- [✓] **Reciprocal Disc.:** Oct 6
- [✓] **Plea DDL:** Oct 6

[ ] Defendant remanded to custody.　[ ] Defendant released on Order Setting Conditions of Release.

**Time:** 2:00 p.m.　**to** 2:45 p.m.

(●) I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.