# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRYAN CORNELIUS, ) <br> ) <br> Defendant. ) | No.  3:19-CR-220 <br> (VARLAN/POPLIN) |

## PROPOSED JURY INSTRUCTION

**COMES** the Defendant, BRYAN CORNELIUS, by and through counsel, and respectfully submits the proposed jury instruction, based on Sixth Circuit Pattern Criminal Jury Instructions 7.06B, 7.07, 7.07A, and 7.08:

## TESTIMONY OF AN ACCOMPLICE, ADDICT, INFORMANT, OR PERSON UNDER COMPULSION

(1) You must consider some witnesses' testimony with more caution than others.

(2) For example, a witness may testify about events that occurred during a time when the witness was using addictive drugs, and so the witness may have an impaired memory of those events. Further, a witness who has gained, or hopes to gain, more favorable treatment for his or her own case may have a reason to make a false statement in order to strike a good bargain with the government. Other witnesses may be testifying under compulsion.

(3) You should consider the testimony of such witnesses with more caution than the testimony of other witnesses. Consider whether the testimony may have been influenced by a government promise or a grant of partial immunity. Do not convict a defendant based on the unsupported testimony of any such a witness, standing alone, unless you believe such testimony beyond a reasonable doubt.

(4) Further, the fact that such a witness has pleaded guilty to a crime is not evidence that the defendant in this case is guilty, and you cannot consider this against the defendant in any way.

[authority: 6th Circuit Pattern Criminal Jury Instructions (2021)]

Respectfully submitted this 8th day of April, 2022.

                                              s/Gerald L. Gulley, Jr.
                                              GERALD L. GULLEY, JR., Esq.
                                              (BOPR #013814)
                                              Attorney for BRYAN CORNELIUS

P.O. Box 158
Knoxville, TN 37901-0158
gulleylaw@vol.com
(865) 934-0753

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed electronically, with notice of this filing to be sent by operation of the Court's electronic case filing system; any other interested parties will be served by regular United States Mail with prepaid first-class postage thereon sufficient to cause delivery. Parties may access this filing through the Court's electronic case filing system.

This the 8th day of April, 2022.

                                    By:    s/Gerald L. Gulley, Jr.
                                                     Attorney