IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   3:19-CR-220 |
| ) | (VARLAN/POPLIN) |
| BRYAN CORNELIUS, ) | |
| ) | |
| Defendant. ) | |

## PROPOSED JURY INSTRUCTION

**COMES** the Defendant, BRYAN CORNELIUS, by and through counsel, and respectfully submits the proposed jury instruction, based on Seventh Circuit Pattern Criminal Jury Instruction 5.10(A) and Sixth Circuit case law:

### BUYER/SELLER RELATIONSHIP

(1)   A conspiracy requires more than just a buyer-seller relationship between the defendant and another person. Additionally, a buyer and seller of a scheduled controlled substances do not enter into a conspiracy to distribute or possess with intent to distribute such scheduled controlled substances simply because a the buyer resells/exchanges such scheduled controlled substances to/with another person, even if the seller knows that the buyer intends to sell/exchange such drug.

(2)   To establish that a buyer or seller knowingly became a member of a conspiracy with another person to distribute or possess with intent to distribute a scheduled controlled substance, the government must prove that the buyer and seller had the joint criminal objective of distributing such scheduled controlled substance to others.

[authority: 7th Circuit Pattern Criminal Jury Instructions (2012); *United States v. Deitz*, 577 F.3d 672, 680 (6th Cir. 2009), citing *United States v. Cole*, 59 Fed. Appx. 696, 699 (6th Cir. 2003)

("Generally, a buyer-seller relationship alone is insufficient to tie a buyer to a conspiracy because 'mere sales do not prove the existence of the agreement that must exist for there to be a conspiracy.'"); *United States v. Brown*, 332 F.3d 363, 372-73 (6th Cir. 2003) ("A defendant's guilty knowledge and voluntary participation may be inferred from surrounding circumstances," including a close relationship between alleged conspirators, but participation requires more than "mere association with conspirators") (internal quotation marks omitted).]

Respectfully submitted this 8th day of April, 2022.

s/Gerald L. Gulley, Jr.
GERALD L. GULLEY, JR., Esq.
(BOPR #013814)
Attorney for BRYAN CORNELIUS

P.O. Box 158
Knoxville, TN 37901-0158
gulleylaw@vol.com
(865) 934-0753

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed electronically, with notice of this filing to be sent by operation of the Court's electronic case filing system; any other interested parties will be served by regular United States Mail with prepaid first-class postage thereon sufficient to cause delivery. Parties may access this filing through the Court's electronic case filing system.

This the 8th day of April, 2022.

By: s/Gerald L. Gulley, Jr.
Attorney