UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>BRYAN CORNELIUS,<br>      Defendant. | )<br>)<br>)<br>)    No.: 3:19-cr-220-TAV-DCP-1<br>)<br>)<br>) |

## **VERDICT FORM**

We, the members of the jury, find unanimously and from all the evidence as follows:

### **Count One**

1) As to Count One of the Superseding Indictment charging a violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), that is, from in or about August 14, 2018, through on or about December 20, 2019, in the Eastern District of Tennessee and elsewhere, defendant Bryan Cornelius and others, did combine, conspire, confederate, and agree with each other to knowingly, intentionally, and without authority distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, we find:

**Defendant Bryan Cornelius:**

_____ NOT GUILTY

\_\_\_✓\_\_\_ GUILTY

[If you find this defendant **NOT GUILTY**, proceed to 2); otherwise indicate the amount of methamphetamine you find attributable to defendant **Bryan Cornelius** as a result of his own conduct and the conduct of other co-conspirators reasonably foreseeable to him by placing a check next to **ONE** of the three amounts.]

\_\_\_✓\_\_\_ 50 GRAMS OR MORE

_____ 5 GRAMS OR MORE BUT LESS THAN 50 GRAMS

_____ LESS THAN 5 GRAMS

Proceed to 2).

# Count Two

2) As to Count Two of the Superseding Indictment charging a violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), that is, from in or about June 2019, through on or about December 20, 2019, in the Eastern District of Tennessee and elsewhere, defendant Bryan Cornelius and others, did combine, conspire, confederate, and agree with each other to knowingly, intentionally, and without authority distribute heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, we find:

**Defendant Bryan Cornelius:**

_____NOT GUILTY

\_\_✓\_\_GUILTY

[If you find this defendant **NOT GUILTY**, proceed to 3); otherwise indicate which of the charged substances you find attributable to defendant **Bryan Cornelius** as a result of his own conduct and the conduct of other co-conspirators reasonably foreseeable to him by placing a check next to each substance attributable to him.]

\_\_✓\_\_A QUANTITY OF FENTANYL

\_\_✓\_\_A QUANTITY OF HEROIN

[If you find this defendant **NOT GUILTY**, proceed to 3); otherwise indicate the amount of heroin and/or fentanyl you find attributable to defendant **Bryan Cornelius** as a result of his own conduct and the conduct of other co-conspirators reasonably foreseeable to him by placing a check next to **ONE** of the three amounts for each of the two charged substances. If you find that this defendant is only responsible for one of the two charged controlled substances, do not check any quantity option for the controlled substance for which you have found the defendant not responsible.]

Heroin Quantity:

\_\_✓\_\_1 KILOGRAM OR MORE

_____100 GRAMS OR MORE BUT LESS THAN 1 KILOGRAM

_____LESS THAN 100 GRAMS

2

Fentanyl Quantity:

_____ 400 GRAMS OR MORE

__✓__ 40 GRAMS OR MORE BUT LESS THAN 400 GRAMS

_____ LESS THAN 40 GRAMS

Proceed to 3).

## Count Three

3)  As to Count Three of the Superseding Indictment charging a violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B), that is, from on or about March 18, 2019, up to and including on or about January 10, 2020, in the Eastern District of Tennessee and elsewhere, defendant Bryan Cornelius and others, did combine, conspire, confederate, and agree with each other to knowingly, intentionally, and without authority distribute marijuana, a Schedule I controlled substance, we find:

**Defendant Bryan Cornelius:**

_____ NOT GUILTY

\_\_✓\_\_ GUILTY

[If you find this defendant **NOT GUILTY**, proceed to 4); otherwise indicate the amount of marijuana you find attributable to defendant **Bryan Cornelius** as a result of his own conduct and the conduct of other co-conspirators reasonably foreseeable to him by placing a check next to **ONE** of the two amounts.]

\_\_✓\_\_ 100 KILOGRAMS OR MORE

_____ LESS THAN 100 KILOGRAMS

Proceed to 4).

## Count Four

4) As to Count Four of the Superseding Indictment charging a violation of 18 U.S.C. § 1956(h), that is, from in or about August 14, 2018, up to and including on or about December 20, 2019, in the Eastern District of Tennessee and elsewhere, defendant Bryan Cornelius and others, did knowingly combine, conspire, and agree with each other to commit money laundering in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and (a)(1)(B)(i), with regard to Counts One and Two of the Superseding Indictment, we find:

**Defendant Bryan Cornelius:**



_____ NOT GUILTY

\_\_✓\_\_ GUILTY

Proceed to 5).

## Count Five

5) As to Count Five of the Superseding Indictment charging a violation of 18 U.S.C. § 1956(h), that is, from in or about August 14, 2018, up to and including on or about December 20, 2019, in the Eastern District of Tennessee and elsewhere, defendant Bryan Cornelius and others, did knowingly combine, conspire, and agree with each other to commit money laundering in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and (a)(1)(B)(i), with regard to Count Three of the Superseding Indictment, we find:

**Defendant Bryan Cornelius:**

_____NOT GUILTY

\_\_✓\_\_GUILTY

Proceed to 6).

## Count Six

6) As to Count Six of the Superseding Indictment charging a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 841(b)(1)(D) and 18 U.S.C. § 2, that is, on or about August 14, 2018, in the Eastern District of Tennessee, the defendant Bryan Cornelius, aided and abetted by another, did knowingly, intentionally, and without authority possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, we find:

**Defendant Bryan Cornelius:**

_____NOT GUILTY

\_\_✓\_\_GUILTY

[If you find this defendant **NOT GUILTY**, proceed to 7); otherwise indicate which of the charged substances you find attributable to defendant **Bryan Cornelius** by placing a check next to each substance attributable to him.]

\_\_✓\_\_A QUANTITY OF METHAMPHETAMINE

\_\_✓\_\_A QUANTITY OF MARIJUANA

Proceed to 7).

## Count Seven

7) As to Count Seven of the Superseding Indictment charging a violation of 18 U.S.C. §§ 924(c) and 2, that is, on or about August 14, 2018, in the Eastern District of Tennessee, the defendant Bryan Cornelius, aided and abetted by another, did knowingly possess firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as set forth in Count Six of the Superseding Indictment, we find:

**Defendant Bryan Cornelius:**



_____ NOT GUILTY

\_\_✓\_\_ GUILTY

Proceed to 8).

## Count Eight

8) As to Count Eight of the Superseding Indictment charging a violation of 18 U.S.C. §§ 924(c) and 2, that is, on or about November 21, 2019, in the Eastern District of Tennessee, the defendant Bryan Cornelius, did knowingly and unlawfully possess a firearm in furtherance of a drug trafficking crime, as charged in Counts One, Two, and Three, we find:

**Defendant Bryan Cornelius:**

_____ NOT GUILTY

___✓___ GUILTY

[If you find this defendant **NOT GUILTY**, proceed to 9); otherwise indicate whether you find that defendant **Bryan Cornelius** discharged the firearm that you have found he possessed in furtherance of a drug trafficking crime.]

___✓___ DISCHARGE

_____ NO DISCHARGE

Proceed to 9).

## Count Twelve

9) As to Count Twelve of the Superseding Indictment charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2, that is, on or about July 12, 2019, in the Eastern District of Tennessee, the defendant Bryan Cornelius, aided and abetted by another, did knowingly, intentionally, and without authority distribute methamphetamine, its salts, isomers, and salts of its isomers, we find:

**Defendant Bryan Cornelius:**

_____NOT GUILTY

\_\_✓\_\_\_GUILTY

[If you find this defendant **NOT GUILTY**, proceed to 10); otherwise indicate the amount of methamphetamine you find attributable to defendant **Bryan Cornelius** by placing a check next to **ONE** of the three amounts.]

\_\_✓\_\_\_50 GRAMS OR MORE

_____5 GRAMS OR MORE BUT LESS THAN 50 GRAMS

_____LESS THAN 5 GRAMS

Proceed to 10).

## Count Thirteen

10) As to Count Thirteen of the Superseding Indictment charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2, that is, on or about August 23, 2019, in the Eastern District of Tennessee, the defendant Bryan Cornelius, aided and abetted by another, did knowingly, intentionally, and without authority distribute methamphetamine, its salts, isomers, and salts of its isomers, we find:

**Defendant Bryan Cornelius:**

_____NOT GUILTY

\_\_✓\_\_\_\_GUILTY

[If you find this defendant **NOT GUILTY**, proceed no further; otherwise indicate the amount of methamphetamine you find attributable to defendant **Bryan Cornelius** by placing a check next to **ONE** of the three amounts.]

\_\_✓\_\_\_\_50 GRAMS OR MORE

_____5 GRAMS OR MORE BUT LESS THAN 50 GRAMS

_____LESS THAN 5 GRAMS

REDACTED SIGNATURE
Signature of FOREPERSON

4/26/2022
Date

11