# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:19-CR-220 |
| | ) | (VARLAN/POPLIN) |
| BRYAN CORNELIUS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION BY DEFENDANT BRYAN CORNELIUS
## FOR ENTRY OF ORDER DIRECTING THE DISCLOSURE
## OF SOURCES TO PRESENTENCE INVESTIGATION REPORT

**COMES** BRYAN CORNELIUS, by and through appointed counsel, and respectfully files this Motion seeking entry of an Order directing the U.S. Probation Office and, as appropriate, the U.S. Attorney's Office, to disclose and divulge all "of the information contained in the United States Attorney's files" as stated in Paragraph 21, on Page 8 (Page ID #6772), that was used by the U.S. Probation Office to identify certain offense conduct and also to compute drug quantities and sentencing enhancements. Your Defendant states that because a criminal defendant has a due process right to be sentenced based on accurate and reliable information, *see United States v. Tucker*, 404 U.S. 443, 447 (1972), it is imperative that the sources of the U.S. Probation Office's statements and summaries in regard to drug quantities attributed to your Defendant as well as potential sentencing enhancements that the U.S. Probation Office believes apply to your Defendant be disclosed to your Defendant for potential challenge. Otherwise your Defendant cannot make complete and knowledgeable objections to the statements and conclusions set forth in the Presentence Investigation Report.

**WHEREFORE**, your Defendant respectfully requests that this Court enter an Order directing the U.S. Probation Office and, as appropriate, the U.S. Attorney's Office, to disclose and divulge all "of the information contained in the United States Attorney's files" as stated in Paragraph 21, on Page 8 (Page ID #6772), that was used by the U.S. Probation Office to identify certain offense conduct and also to compute drug quantities and sentencing enhancements; and to allow your Defendant the opportunity to make further objection to the Presentence Investigation Report based on such disclosures if necessary.

Respectfully submitted this 16th day of January, 2023.

                                                    s/Gerald L. Gulley, Jr.
                                                    GERALD L. GULLEY, JR., Esq.
                                                    (BOPR #013814)
                                                    Attorney for BRYAN CORNELIUS

P.O. Box 158
Knoxville, TN 37901-0158
gulleylaw@vol.com
(865) 934-0753

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing document was filed electronically, with notice of this filing to be sent by operation of the Court's electronic case filing system; any other interested parties will be served by regular United States Mail with prepaid first-class postage thereon sufficient to cause delivery. Parties may access this filing through the Court's electronic case filing system.

      This the 16th day of January, 2023.

                                              By:   s/Gerald L. Gulley, Jr.
                                                        Attorney