# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case No.    3:19-CR-220    Date:  March 9, 2023

United States of America    vs.    Bryan Cornelius

**PROCEEDINGS:**  Sentencing Hearing.

---

### HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | Terri Grandchamp | Joe Thomas |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Cynthia Davidson | | Gerald Gulley |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- Argument heard and testimony given by Kris Mynatt.
- Sentencing hearing continued to Tuesday, April 11, 2023 at 10:00 a.m.
- Defendant may file supplemental objections to the PSR on or before Friday, March 17, 2023.  The government's response shall be filed no later than Friday, March 24, 2023.
- Defendant to remain in the custody of the United States Marshal

10:00 a.m. to 12:08 p.m.